**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>AMELIO CHE MEDINA,<br><br>            Defendant. | 2:20-cr-00264-KJD-VCF<br><br>**ORDER** |

Before the Court is Plaintiff's Motion to Dismiss Counsel for the Defense, Attorney Dan Hill (ECF NO. 126).

Dan Hill, Esq. was appointed as counsel of record for Amelio Che Medina on November 5, 2020. (ECF No. 73).  Mr. Medina filed the instant motion on his own behalf.  (ECF No. 126).

Pursuant to Local Rule IA 11-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney."  Defendant may not file a document on his own behalf.  *See* Local Rule IA 11-6(a).

Accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion to Dismiss Counsel for the Defense, Attorney Dan Hill (ECF NO. 126) is STRICKEN.

The Clerk of Court is directed to STRIKE the Plaintiff's Motion to Dismiss Counsel for the Defense, Attorney Dan Hill (ECF NO. 126) from the docket.

DATED this 9th day of June, 2021.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE